AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 7:18-CR-041 |
| Barbara Talamantez | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America.

Date: 12/05/2020

/S/ Eduardo R. Mendoza
*Attorney's signature*

Eduardo R. Mendoza 24096680
*Printed name and bar number*

2500 N. Highway 118 Ste 200, Alpine, TX, 79830
*Address*

Eduardo.Mendoza@usdoj.gov
*E-mail address*

(432) 244-4786
*Telephone number*

*FAX number*