AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

United States of America
v.
Barbara Talamantez

Case No: 7:18-CR-00041 (01)
USM No: 27748-180

Date of Original Judgment: 08/07/2018
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Pro Se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Reason for Denial:

Part A, Subpart 1 of Amendment 821, Criminal History Status Points: The Court acknowledges that while the defendant is eligible for a reduction in the total of Criminal History points, it does not have the effect of lowering the guideline range or Criminal History category.

Part B, Subpart 1 of Amendment 821, Zero Point Offender: The Defendant does not meet all the criteria under § 4C1.1(a)(1)-(10) and is not eligible for a 2-level decrease in the offense level determined under Chapters Two and Three. The defendant has at least 1 CH point. Also, the defendant was sentenced to the mandatory minimum sentence of 240 months.

Except as otherwise provided, all provisions of the judgment dated 08/07/2018 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 04/10/2025

*Judge's signature*

Effective Date: _____
*(if different from order date)*

David Counts, United States District Judge
*Printed name and title*